UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                Case Number: 11-20348 GMB

Debtor: Thomas G. Masciocchi

| Check Number | Creditor | Amount |
|---|---|---|
| 1831180 | JPMorgan Chase Bank, N.A. | 6234.53 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  January 10, 2014